**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

Docket Number(s): 18-2781-cv _____

_____Caption [use short title]_____

Motion for: Extension of Time to File Plaintiff-Appellant's

Reply Brief

_____

Set forth below precise, complete statement of relief sought:

Plantiff-Appellant seeks a 9-day extension of time, to

September 12, 2019, to file his reply brief.

Dickinson v. Warren County Sherriff

_____

_____

_____

_____

**MOVING PARTY:** Shannon C. Dickinson          **OPPOSING PARTY:** Nathan N. York, et al.

- [ ] Plaintiff      - [ ] Defendant
- [x] Appellant/Petitioner      - [ ] Appellee/Respondent

**MOVING ATTORNEY:** Omar A. Khan          **OPPOSING ATTORNEY:** Gregg T.Johnson & Loraine C. Jelinek

[name of attorney, with firm, address, phone number and e-mail]

Wilmer Cutler Pickering Hale and Dorr LLP          648 Plank Road, Suite 204, Clifton Park, NY 12065

7 World Trade Center, 250 Greenwich Street, New York, NY 10007          (518) 490-6428

(212) 230-8800, omar.khan@wilmerhale.com          gtj@johnsonlawsllc.com; lcj@johnsonlawsllc.com

Court- Judge/ Agency appealed from: United States District Court for the Northern District of New York, Hon. Lawrence E. Kahn

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes   - [ ] No (explain):_____

_____

Opposing counsel's position on motion:
- [x] Unopposed   - [ ] Opposed   - [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes   - [ ] No   - [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   - [ ] Yes - [ ] No

Has this relief been previously sought in this court?   - [ ] Yes - [ ] No

Requested return date and explanation of emergency:   _____

_____

_____

_____

_____

Is oral argument on motion requested?   - [x] Yes   - [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   - [ ] Yes - [x] No   If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Omar A. Khan_____   Date: 8/27/2019_____   Service by: - [x] CM/ECF   - [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
No. 18-2781-cv**

---

**SHANNON C. DICKINSON**
*v.*
**WARREN COUNTY SHERRIFF**

---

**On Appeal From The United States District Court
For The Northern District Of New York**

---

**DECLARATION OF OMAR A. KHAN IN SUPPORT OF PLAINTIFF-APPELLANT'S EXTENSION OF TIME TO FILE REPLY BRIEF**

OMAR A. KHAN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a Partner at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Petitioner-Appellant Shannon C. Dickinson.  I submit this declaration in support of Mr. Dickinson's motion for a 9-day extension of time, to September 12, 2019, to file the reply brief in the above-captioned matter.

2.      Plaintiff-Appellant Shannon C. Dickinson brought suit on February 10, 2016 in United States District Court for the Northern District of New York, alleging claims under the Americans with Disabilities Act, the Rehabilitation Act, and the Due Process Clause of the Fourteenth Amendment.

3. On August 31, 2018, the District Court granted Defendants-Appellees' Motion for Summary Judgment. Mr. Dickinson filed a notice of appeal on September 19, 2018.

4. On May 23, 2019, Mr. Dickinson filed his principal brief in this Court. On August 13, 2019, Defendants-Appellees filed their response brief. Mr. Dickinson's reply brief is due in this Court on September 3, 2019.

5. Mr. Dickinson respectfully submits that the modest extension of time requested is appropriate in order to synchronize it with the September 12, 2019 reply brief deadline in *Hayes v. Dahkle*, No. 19-650 (2d Cir.) and to accommodate the upcoming Labor Day holiday weekend. The additional requested time would serve to provide the time needed to properly coordinate preparation of the reply brief.

6. I have consulted with counsel for Nathan H. York, Warren County Sheriff; Wayne Farmer, Sergeant, Warren County Correctional Facility; Officer Mason; Officer Green; Officer Reynolds; Officer Smith; Officer Pond; Officer Harpp; Officer Trottier, f/k/a Officer Trotier; Officer Slater; Officer Curtis, Officer Wittenburg, f/k/a Officer Wittenburg; Officer Lemelin, f/k/a Officer Lemilon; Officer Sorensen, f/k/a Officer Sorenson; Officer Mattison; Officer Allison; Officer Hill; Officer Vandenburg; Officer Eldridge; Officer Hoerter; Sgt. Keays;

Lt. Clifford; and Lt. Maday, Warren County.  They have informed me that they

consent to the requested extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 27, 2019

s/ Omar A. Khan
Omar A. Khan
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax (212) 230-8888
