# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand and nineteen.

_____

| | |
|---|---|
| Shannon C. Dickinson, | **ORDER** |
| Plaintiff-Appellant, | Docket No.  18-2781 |
| v. | |

Nathan H. York, Warren County Sheriff,
Wayne Farmer, Sergeant; Warren County
Correctional Facility, Officer  Mason,
Officer  Green, Officer  Reynolds,
Officer  Smith, Officer  Pond, Officer  Harpp,
Officer  Trottier, FKA Officer Trotier,
Officer  Slater, Officer  Curtis,
Officer  Wittenburg, FKA Officer Wittenburg,
Officer  Lemelin, FKA Officer Lemlon,
Officer  Sorensen, FKA Officer Sorenson,
Officer  Mattison, Officer  Allison,
Officer  Hill, Officer  Vandenburg,
Officer  Eldridge, Officer  Hoerter,
Sgt.  Keays, Lt.  Clifford, Lt.  Maday, Warren
County,

          Defendants-Appellees.

_____

Appellant moves for an extension until September 12, 2019 to file her reply brief. Appellees do not oppose the request.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court